THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY HAMILTON,

    Plaintiff

v.

113TH PRECINCT COMMANDING
OFFICER, et al.,

    Defendants

3:22-CV-101
(JUDGE MARIANI)

FILED
SCRANTON
FEB 02 2023
PER_____
DEPUTY CLERK

**ORDER**

**AND NOW, THIS 2ND DAY OF FEBRUARY, 2023**, upon review of Magistrate Judge Susan Schwab's Report & Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Judge Schwab's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R despite over three months having passed since its issuance on October 17, 2022.
    The Court also agrees with the R&R's findings that an application of the *Poulis* factors further supports the dismissal of this action. *See* Doc. 8, at 3-6; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).